

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Brian Michael Olsen

                                    **Plaintiff,**

V.

Kilolo Kijakazi, Acting Commissioner of Social Security Administration

                                    **Defendant.**

Civil Action No.   22-cv-01652-LR

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court ORDERS that judgment be entered reversing the decision of the Commissioner and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**Date:**   3/28/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ L. Sotelo
                                      L. Sotelo, Deputy